FILED

SEP -1 2009 

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 09 80212 MISC

Michael Lacovara - #209279

_____/

**ORDER TO SHOW CAUSE**

It appearing that Michael Lacovara has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Michael Lacovara
Rodman and Renshaw Capital Group, Inc.
1201 Avenue of the Americas, 16th Floor
New York, NY 10036